**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00636-CV

_____

### ALANDUS WEAVER AND JOYCE WEAVER, Appellant

### V.

### SIGNAD OUTDOOR AND SIGNAD LTD., Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2011-07334**

## ORDER

Appellants' brief was due **November 23, 2012.** No brief or motion for extension of time has been filed.

Unless appellants submits their brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **February 7, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM